UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-08-093-RHW |
| Plaintiff, ) | |
| ) | ORDER FOLLOWING STATUS |
| v. ) | CONFERENCE, GRANTING MOTION, |
| ) | AND MODIFYING CONDITIONS OF |
| BRANDON C. CROSON, ) | RELEASE |
| ) | |
| Defendant. ) | |

At the September 15, 2008, status conference, Assistant U.S. Attorney Aine Ahmed appeared for the United States. Defendant was present with counsel Christian Phelps.

The court was advised that Defendant is in compliance with conditions of release, and Defendant orally moved to modify his conditions of release.

**IT IS ORDERED** Defendant's oral Motion **(Ct. Rec. 37)** is **GRANTED.** Defendant's conditions of release are **MODIFIED** to allow Defendant to accompany his children to school. All other conditions of release shall remain.

DATED September 15, 2008.

                         S/ CYNTHIA IMBROGNO
                         UNITED STATES MAGISTRATE JUDGE

ORDER FOLLOWING STATUS CONFERENCE, GRANTING MOTION,
AND MODIFYING CONDITIONS OF RELEASE - 1