UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR-08-093-RHW |
| | ) |
| v. | ) ORDER MODIFYING CONDITIONS OF RELEASE |
| | ) |
| BRANDON C. CROSON, | ) ---- ACTION REQUIRED ---- |
| Defendant. | ) |

The unopposed Motion to Modify **(Ct. Rec. 47)** is **GRANTED**; provided, however, Defendant may not change residences unless and until Pretrial Services confirms the residence is ready for electronic monitoring and is otherwise suitable. In addition, Defendant may accompany his children to activities and provide child care; provided, however, Defendant shall not miss or be tardy for his treatment or other court-related appointments. Defendant and his spouse shall read and sign a copy of this Order, to be kept in Pretrial Services' file, to reflect that each understands and agrees to the conditions of release. All other conditions remain in effect.

DATED December 3, 2008.

                    S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE


_____
BRANDON C. CROSON          Date


_____
SHAWNTAE S. TAYLOR         Date

ORDER MODIFYING CONDITIONS OF RELEASE - 1